HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WELLS and LORRAINE TREVINO,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF MONROE, a municipal corporation; MONROE POLICE DEPARTMENT; CARLOS MARTINEZ, Detective, Monroe Police Department, in his official and individual capacity; and his wife, JANE DOE MARTINEZ, and the marital community comprised thereof, JANE and JOHN DOE Monroe Police Department employees 1 – 10, each in his or her official and individual capacity;<br><br>        Defendants. | No. C04-1590L<br><br>ORDER GRANTING DEFENDANT MONROE POLICE DEPARTMENT'S MOTION FOR DISMISSAL AND MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the "Motion for Fed. R. Civ. P. 12(b)(6) Dismissal of Defendant Monroe Police Department and Motion for Protective Order to Prevent the Department from Responding to Plaintiffs' Discovery Requests."  Dkt. # 11. Plaintiffs have not opposed the motion.

Defendant Monroe Police Department's unopposed motion for dismissal and a protective order is GRANTED. Plaintiffs' Complaint for Damages is hereby dismissed with prejudice as to defendant Monroe Police Department and the Monroe Police Department need not respond to any discovery requests from the plaintiffs.

Dated this 5th day of July, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge