UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
 )
JAMES WELLS, *et al.*, )
 ) Case No. C04-1590L
        Plaintiffs, )
    v. )
 ) ORDER
CITY OF MONROE, *et al.*, )
 )
        Defendants. )
_____)

This matter comes before the Court *sua sponte*. Pursuant to the Court's Order Granting in Part Defendants' Motion for Summary Judgment (Dkt. # 43), the claims of plaintiff James Wells were dismissed in their entirety, as were plaintiff Lorraine Trevino's claims against the City of Monroe. Although the deadlines for amending pleadings and conducting discovery passed long ago, plaintiffs have not identified any of the Jane and John Doe employees of the Monroe Police Department named in the complaint. Thus, the only parties remaining in this action are Lorraine Trevino, Carlos Martinez, and his wife, Jane Doe Martinez.

For all of the foregoing reasons, the caption of this matter shall be amended to reflect the actual parties in interest. All future filings shall include the following caption:

ORDER

|  |  |
|---|---|
| LORRAINE TREVINO,<br><br>                Plaintiff,<br><br>    v.<br><br>CARLOS MARTINEZ and JANE DOE MARTINEZ, his wife,<br><br>                Defendants. | Case No. C04-1590L |

DATED this 23rd day of January, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER            -2-