UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
LORRAINE TREVINO,                       )
                                        )   Case No. C04-1590L
                    Plaintiff,          )
       v.                               )
                                        )   ORDER GRANTING IN PART
CARLOS MARTINEZ and JANE DOE            )   DEFENDANTS' MOTION IN LIMINE
MARTINEZ, his wife,                     )
                                        )
                    Defendants.         )
_____)

This matter comes before the Court on "Defendants' Motion in Limine re: CPS Investigator Testimony." Dkt. # 54. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

(1) Plaintiff does not object to the testimony of Dan Knadle regarding the fact that the Monroe Police Department requested a welfare check after executing the search warrant, the fact that James Wells would not allow Mr. Knadle into the house, and the fact that Mr. Knadle has concerns regarding the welfare of the children as police found them on the day of the search.

(2) Plaintiff's hearsay and relevance objections to Mr. Knadle's proposed testimony regarding the children's school attendance record are sustained.

(3) Plaintiff's relevance objection regarding her comments about the source of the drug

ORDER GRANTING IN PART
DEFENDANTS' MOTION IN LIMINE

allegations against James Wells and herself are overruled.

For all of the foregoing reasons, defendants' motion in limine regarding the testimony of Dan Knadle is GRANTED in part and DENIED in part.

DATED this 6th day of February, 2006.

*MWT S Lasnik*
Robert S. Lasnik
United States District Judge